# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIFFANY EDWARDS | § § § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1947-S-BK |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's motion for a temporary restraining order and temporary injunction is denied.

**SO ORDERED.**

SIGNED February 20, 2020.

_____
UNITED STATES DISTRICT JUDGE