# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| TIFFANY EDWARDS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1947-S-BK |
| | § | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 34]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, this case will be **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

SIGNED July 28, 2021.

_____
**UNITED STATES DISTRICT JUDGE**

1